Robert O'Connor, U. S. Atty., and Gordon Lawson, Asst. U. S. Atty., both of Los Angeles, Cal.

PER CURIAM. Writ of error dismissed for noncompliance by plaintiffs in error with provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (208 Fed. ix, 124 C. C. A. ix).

---

DAILY NEWS CO. et al. v. SNOW. (Circuit Court of Appeals, Sixth Circuit. November 15, 1917.) No. 3116. In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. Butterfield & Keeney and Norris, McPherson, Harrington & Waer, all of Grand Rapids, Mich., for plaintiffs in error. Hatch, McAllister & Raymond, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

FIRST STATE BANK OF STORDEN v. GALBRAITH. (Circuit Court of Appeals, Eighth Circuit. January 30, 1918.) No. 5096. Appeal from the District Court of the United States for the District of Minnesota. Wilson Borst, of Windom, Minn., and Pfau & Pfau and H. A. Johnson, all of Mankato, Minn., for appellant. Todd, Fosnes, Sterling & Nelson, of St. Paul, Minn., for appellee.

PER CURIAM. Cause docketed and appeal dismissed, at costs of appellant, on motion of appellee, pursuant to rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

FRANKLIN TRANSP. CO. v. GREAT LAKES TOWING CO. (Circuit Court of Appeals, Third Circuit. February 28, 1918.) No. 2265. Appeal from the District Court of the United States for the District of New Jersey; Thos. G. Haight, Judge. Suit in admiralty by the Franklin Transportation Company against the Great Lakes Towing Company. Decree for respondent, and libelant appeals. Affirmed. For opinion below, see 237 Fed. 432. Duncan & Mount, of New York City (Oscar D. Duncan and Warner C. Pyne, both of New York City, of counsel), for appellants. Goulder, White & Garry, of Cleveland, Ohio, and Linton Satterthwaite, of Trenton, N. J. (Harvey D. Goulder and Thomas H. Garry, both of Cleveland, Ohio, of counsel), for appellee. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This appeal by the Franklin Transportation Company, as owner of the barge Alexander Maitland, is from a decree dismissing a libel wherein the Great Lakes Towing Company is charged with negligent towage. The opinion of the District Court will be found in 237 Fed. 432, particularly on page 441 et seq., and we see no occasion to discuss the subject further than there appears. We have examined the record with care, and agree with Judge Haight's findings of fact and conclusions of law. The decree is affirmed.

---

GORDON v. ROSENFELD et al. (Circuit Court of Appeals, Sixth Circuit. March 14, 1918.) No. 3082. Appeal from the District Court of the United States for the Western District of Kentucky, in Bankruptcy: Walter Evans, Judge. Charles Claflin Allen, George J. Breaker, and S. T. D. Smith, all of St. Louis, Mo., for appellant. Adolph H. Rosenfeld, of New York City, and Wm. T. Ellis, of Owensboro, Ky., for appellees.

PER CURIAM. Dismissed pursuant to request of counsel for appellant.

---

HENTZ et al. v. PHŒNIX COTTON OIL CO. (Circuit Court of Appeals, Sixth Circuit. January 8, 1918.) No. 3097. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. William P. Metcalf, of Memphis, Tenn., and James T. Kilbreth, of

New York City, for plaintiffs in error. Gates & Martin, of Memphis, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

HENTZ et al. v. PHŒNIX COTTON OIL CO. (Circuit Court of Appeals, Sixth Circuit. January 8, 1918.) No. 3098. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. William P. Metcalf, of Memphis, Tenn., and James T. Kilbreth, of New York City, for plaintiffs in error. Gates & Martin, of Memphis, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

HOO SHEE et al. v. WHITE, Commissioner of Immigration at the Port of San Francisco, State of California. (Circuit Court of Appeals, Ninth Circuit. February 28, 1918.) No. 3036. Appeal from the District Court of the United States for the First Division of the Northern District of California. James M. Hanley, Herbert Chamberlin, G. C. Ringolsky, and H. A. I. Wolch, all of San Francisco, Cal., for appellants. John W. Preston, U. S. Atty., of San Francisco, Cal., for appellee.

PER CURIAM. Appeal dismissed for the noncompliance by appellants with provisions of rules 23 and 24 of the Rules of Practice of this court (231 Fed. v, vi, 144 C. C. A. v, vi).

---

INTERNATIONAL HARVESTER CO. v. JOHN DEERE PLOW CO. (Circuit Court of Appeals, Eighth Circuit. January 11, 1918.) No. 4973. Appeal from the District Court of the United States for the District of Nebraska. T. J. Doyle, of Lincoln, Neb., and Charles F. McLaughlin, of Omaha, Neb., for appellant. Raymond T. Coffey, of Omaha, Neb., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

JUDD v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 16, 1918.) No. 122. In Error to the District Court of the United States for the District of Connecticut. Nelson Judd, alias Googie Watson, was convicted of violating the law with respect to narcotics, and he brings error. Affirmed. F. Walling and M. Harold Hochdorf, both of New York City, for plaintiff in error. Thomas J. Spellacy, U. S. Atty., and John F. Crosby, Asst. U. S. Atty., both of Hartford, Conn. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

KAUFFMAN v. AUBREY. (Circuit Court of Appeals, Eighth Circuit. April 29, 1918.) No. 5155. Appeal from the District Court of the United States for the Western District of Oklahoma. L. E. McKnight, of Anadarko, Okl., for appellant. L. M. Gensman, of Lawton, Okl., for appellee.

PER CURIAM. Cause docketed and appeal dismissed, without costs to either party in this court, on motion of appellant and consent of counsel for appellee.

---

LIVINGHOUSE v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 16, 1918.) No. 3133. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Joseph B. Beckenstein, of Detroit, Mich., for plaintiff in error. John E. Kinnane, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.